```
JOHN MURCKO #47008
2831 Telegraph Avenue
Oakland CA 94608
Telephone:  510/465-2241

STEPHEN J. PERELSON #43032
265 Miller Avenue
Mill Valley CA 94941
Telephone:  415/383-1070

WILLIAM M. SIMPICH #16672
1736 Franklin, 10th Floor
Oakland CA 94612
Telephone:  510/444-0226
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. TONY SERRA, et al., | |
|     Plaintiffs, | NO. C 07-1589 MJJ |
| v. | AMENDED STIPULATION AND ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |
| HARLEY LAPPIN, Director of the Bureau of Prisons, et al., | |
|     Defendants. | |

IT IS HEREBY STIPULATED between the parties that the hearing on defendants' Motion to Dismiss shall be continued from November 20, 2007, to 9:30 a.m. on February 26, 2008.

IT IS FURTHER AGREED that the Case Management Conference now set for 2:00 p.m. on November 27, 2007, shall be taken off calendar, and rescheduled to March 25, 2008 at 2:00 PM.

Dated:  October 26, 2007

/s/ ROBERT J. KATERBERG
ROBERT J. KATERBERG
Assistant U.S. Attorney

/s/ STEPHEN J. PERELSON
STEPHEN J. PERELSON
Attorney for Plaintiffs

**IT IS SO ORDERED.**

_____
MARTIN J. JENKINS,
United States District Judge

10/30/07