```
1   JOHN MURCKO #47008
    2831 Telegraph Avenue
2   Oakland CA 94608
    Telephone:  510/465-2241
3
    STEPHEN J. PERELSON #43032
4   265 Miller Avenue
    Mill Valley CA 94941
5   Telephone:  415/383-1070

6   WILLIAM M. SIMPICH #16672
    1736 Franklin, 10th Floor
7   Oakland CA 94612
    Telephone:  510/444-0226
8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J. TONY SERRA, et al.,

    Plaintiffs,

    v.

HARLEY LAPPIN, Director of
the Bureau of Prisons, et al.,

    Defendants.
_____/

NO. C 07-1589 MJJ

STIPULATION AND ORDER TO
CONTINUE BRIEFING SCHEDULE

    IT IS HEREBY STIPULATED between the parties that plaintiffs may have until January 25, 2008, to file their opposition to defendants' Motion to Dismiss; defendants' reply will be due February 1, 2008.

    Dated:  October 31, 2007

/s/ ROBERT J. KATERBERG        /s/ STEPHEN J. PERELSON
ROBERT J. KATERBERG           STEPHEN J. PERELSON
Assistant U.S. Attorney        Attorney for Plaintiffs

**IT IS SO ORDERED.**

_____
MARTIN J. JENKINS
United States District Court

*Judge Martin J. Jenkins*
11/01/07